IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL BURNS,
    Petitioner,

vs.                                               Case No.: 3:19cv394/LAC/EMT

MARK S. INCH,
    Respondent.
_____/

## **ORDER**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated November 13, 2019 (ECF No. 17). Petitioner has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2.     Respondent's motion to dismiss (ECF No. 14) is **DENIED without prejudice**;

3. This habeas case is **STAYED** and removed from the court's active docket until further order; and

4. Petitioner is required to file a status report of his state post-conviction appeal every ninety (90) days, with the first status report due ninety (90) days from the date of this order.

**DONE AND ORDERED** this 13th day of December, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**