UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL BURNS,
    Petitioner,

vs.                                          Case No.: 3:19cv394/LAC/EMT

MARK S. INCH,
    Respondent.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on December 8, 2020 (ECF No. 29). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 29) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (ECF No. 1) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

(a)   The petition is **GRANTED** with respect to the ineffective assistance of appellate counsel claims asserted in Grounds Three and Seven of the § 2254 petition, and the writ is issued conditioned on the State's providing Petitioner an opportunity to present his claims of trial court error (with respect to the trial court's rulings on the victim's competency to testify and the sufficiency of the evidence to support the conviction) to the state appellate court within a reasonable time.

(b)   The petition is **DENIED** with respect to all of the remaining claims presented in the § 2254 petition, and a certificate of appealability is **DENIED** as to those claims.

**DONE AND ORDERED** this 12th day of February, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  3:19cv394/LAC/EMT